PURRINGTON & McCONNELL
John H. McConnell (JM-6374)
82 Wall Street - Suite 1110
New York, New York  10005
(212) 943-5757



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
J.R.J. ENTERPRISES, INC.,

              Plaintiff,

  -against-

M/V CAP ORTEGAL, her engines,
boilers, etc., and
COMPANIA SUD-AMERICANA DE VAPORES, S.A.,

              Defendants.
------------------------------------x

07 CIV 6457 (LAP)
JUDGE PRESKA

     PURSUANT to Fed.R.Civ.P. 7.1 (formerly Local General Rule 1.9 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held:  None.

Dated:   New York, New York
          July 16, 2007

PURRINGTON & McCONNELL
Attorneys for Plaintiff

By: _____
   John H. McConnell (JM-6374)

82 Wall Street
New York, New York 10005
(212) 943-5757