UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

J.R.J. ENTERPRISES

V.

M/V CAP ORTEGAL AND
COMPANIA SUD-AMERICANA DE
VAPORES S.A.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 6457 (LAP)(FM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

ParticularMotion:_____

_____

All such motions: ____

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          July 31, 2007

_____
United States District Judge