UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
J.R.J. ENTERPRISES, INC.

                        Plaintiff,

    -against-

M/V CAP ORTEGAL, her engines, boilers,
etc., and COMPANIA SUD AMERICANA
DE VAPORES, S.A,

                       Defendants.
------------------------------------------X

07 CIV 6457 (LAP)

RULE 7.1 STATEMENT

      Attorney of record, GARTH S. WOLFSON, of the firm of MAHONEY & KEANE, LLP, attorneys of record for defendant COMPANIA SUD AMERICANA DE VAPORES S.A., certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of COMPANIA SUD AMERICANA DE VAPORES, S.A.

Dated:  New York, N.Y.
        August 20, 2007

                                          _____
                                          GARTH S. WOLFSON (GW 7700)