# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

J.R.J. ENTERPRISES, INC.,

        Plaintiff,

V.

M/V CAP ORTEGAL, her engines, boilers, etc.,
and COMPANIA SUD-AMERICANA DE
VAPORES, S.A.,

        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 Civ. 6457 (LAP)

TO: (Name and address of defendant)

Compania Sud-Americana de Vapores, S.A.
c/o ATG Group
99 Wood Avenue South, 9th Fl.
Iselin, NJ 08830

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PURRINGTON & McCONNELL
82 Wall Street - Suite 1110
New York, New York 10005

Tel. 212 943 5757
Fax 212 344 442

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_signature_

(BY) DEPUTY CLERK

JUL 1 6 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/18/08 |
| NAME OF SERVER (PRINT) John H. McConnell | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Complaint mailed 7/17/07 with request for waiver. Answer filed.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/18/08
           Date

Signature of Server

John H. McConnell

Address of Server

PURRINGTON & McCONNELL
82 Wall Street - Suite 1110
New York, New York 10005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.