```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

J.R.J. ENTERPRISES, INC.,                :

               Plaintiff,            :     **ORDER**

    - against -                          :     07 Civ. 6457 (LAP)(FM)

M/V CAP ORTEGAL, et al.,                 :

               Defendants.           :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the conference held earlier today, it is hereby ORDERED that:

1. Defendant may amend its answer to include a counterclaim.

2. All discovery shall be completed on or before May 9, 2008.

3. The parties shall submit a pretrial order to Judge Preska by May 23, 2008.

SO ORDERED.

Dated:   New York, New York
        April 10, 2008

                                                   _____
                                                      FRANK MAAS
                                         United States Magistrate Judge

Copies to:

Honorable Loretta A. Preska
United States District Judge

John H. McConnell, Esq.
Purrington & McConnell
Fax: (212) 344-4425

Edward A. Keane, Esq./Garth S. Wolfson, Esq.
Mahoney & Keane, LLP
Fax: (212) 385-1605