Edward A. Keane*
Cornelius A. Mahoney·
Christopher H. Mansuy·"
Garth S. Wolfson·

Jorge A. Rodriguez·+

Of Counsel
Stephen J. Murray+

· Also admitted in NJ
+Also admitted in CT
" Also admitted in PA

# MAHONEY & KEANE, LLP

*Attorneys at Law*
*11 Hanover Square - 10th Floor*
*New York, New York 10005*
*Telephone (212) 385-1422*
*Facsimile (212) 385-1605*
*lawoffices@mahoneykeane.com*

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203)222-0252

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/08

May 28, 2008

**THIS FACSIMILE TRANSMISSION**
**CONSISTS OF TWO (2) PAGES**

THE HON. LORETTA A. PRESKA
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 1320
New York, New York 10007
Fax: (212) 805-7941

Re: **SDNY No.: 07 CV 6457 (LAP)**
J.R.J. Enterprises, Inc. v.
M/V CAP ORTEGAL, her engines,
boilers, etc., and Compania
Sud-Americana de Vapores, S.A.
**Our File No.: 42/3454/B/07/8**

Honorable Madam:

We represent defendant COMPANIA SUD AMERICANA DE VAPORES, S.A. (CSAV) in the above-referenced action. Further to this morning's pre-motion conference, we write on behalf of both sides to propose the following briefing schedule:

1. CSAV's motion papers shall be filed on or before June 27, 2008;

2. Plaintiff's answering papers, if any, shall be filed on or before July 18, 2008; and

3. CSAV's reply papers, if any, shall be filed on or before July 31, 2008.

So ordered
Loretta A Preska, USDJ
May 28, 2008

**MAHONEY and KEANE**

Again, we thank the Court for its consideration.

> Respectfully submitted,
>
> MAHONEY & KEANE, LLP
>
> By: _____
> Garth S. Wolfson

cc: PURRINGTON & McCONNELL
82 Wall Street
New York, New York 10005
Fax: (212) 344-4425
Attention: John H. McConnell, Esq.

2