

152 Longswamp Rd  
Tel: 609.758.5357  
New Egypt, NJ 08533  
Fax. 609.758.5357  
e-mail: argonavismarine@comcast.net

Dated: August 31, 2006

**SURVEY REPORT NO:** MAC-108

**REQUESTOR:** Jimmy Machuca
  JRJ Enterprise, Inc.
  17 Voorhis Lane
  Hackensack, NJ 07601

**REASON FOR SURVEY:** As requested, following a complaint of overly mature plantains, we examined a shipment of fresh plantains in order to note the condition of the cargo and determine the apparent cause of any damage.

**LOCATION AND DATE OF EXAMINATION:** JRJ Enterprise, Inc., 17 Voorhis Lane, Hackensack, NJ on August 3, 2006.

**CARRIER:** "CAP ORTEGAL", Voyage 00048, departed Cartagena, Columbia, arrived Newark, NJ on July 18, 2006.

**SHIPMENT:** The shipment of 1,017 cartons of fresh plantains was purchased from Comercializdora International Ramzy Columbia, E.U., under Invoice No. 0002 for $10.50 per carton, a total of $10,670.50 for the entire shipment; and was transported under B/L CHIWX1CO37214 in Container GESU-918001-6. Delivery from Howland Hook Container Terminal, Port Elizabeth, NJ to JRJ Enterprises, Hackensack, NJ was made by CSA Trucks, LLC, on July 20, 2006.

**CONSIGNEE:** JRJ Enterprise, Inc., 17 Voorhis Lane, Hackensack, NJ.

**OTHER SURVEYORS:** We are not aware of any other surveyors having examined this shipment. We understood from Mr. Machuca that after reporting of damage to the shipment, to the carrier, a surveyor was not provided by the carrier. The shipment had been examined by CFS AQI, prior to our examination.

**PACKAGING:** The cartons were double walled, single corrugated cardboard with telescoping tops. One thousand, sixteen cartons contained fifty pounds of fresh plantains and one carton contained 24.2 kg of green plantains, peeled vacuum packed. The fresh plantains were loose packed, with the top of the pack covered with a plastic sheet. The cartons were marked as follows:

```
              PLATANO MACHO
           PRODUCT: PLANTAINS
              WEIGHT: 50 LBS
       EXPORTED BY: C.I. RAMZY COLUMBIA E.U.
       E-MAIL: RAMZYCOLOMBIA@YAHOO.COM
           IMPORTED & DISTRIBUTED BY:
              JRJ ENTERPRISES INC.
                17 VOORHIS LANE
              HACKENSACK N.J. 07601
                PHONE: 201-968-0141
                 FAX: 201-968-0142
            E-MAIL: jrjinc2000@aol.com
```

**CONDITIONS:** JRJ personnel stated the shipment had arrived on July 20, 2006, at approximately 1600 hours. Upon opening the container, JRJ personnel noted the plantains where soft and turning ripe. It was decided to hold them in the container and try to sell them as ripe plantains. The trucker had departed prior to opening of the container and JRJ had signed for a full container load with no exceptions.

Mr. Machuca stated that the refrigeration unit was running at the time of delivery. The requested shipping temperature was 7.2°C (45°F) and the set temperature on the refrigeration unit was 7.2°C (45°F) centigrade. An actual temperature of the unit interior was not taken, but

reportedly felt similar to other shipments (45°F).

Upon noticing the plantains were soft and turning ripe, it was decided to hold them in the container and attempt to sell them as ripened plantains.

Upon our arrival at JRJ Enterprises facility, most of the plantains were outside on the tarmac awaiting disposal. We examined the plantains on the tarmac.

At the time of our examination, approximately 20 pallets of plantains were on the tarmac at JRJ Enterprises facility. We found all to be fully yellow, with approximately 5% having mold on the tips. We noted approximately 80% with browning over 50% of peel. The pulp was extremely soft and yellow in color. The physical characteristics of the plantains were indicative of maturation while stored in an elevated temperature environment above 7.2°C (45°F).

In as much as the plantains were prepared for destruction and the overly ripe condition, we did not take pulp temperatures.

Based on information gathered and conditions found at the time of our examination, it is our opinion that the plantains were in a overly ripened condition, with no shelf life and no market value.

**CAUSE OF DAMAGE:** No complaint of condition and/or information and/or documents detailing the condition of cargo at the time of loading into the original trailer has been seen by us.

Based on information gathered and conditions found it is our opinion that the plantains were subjected to temperatures higher than the requested temperatures while in the care and custody of the ocean carrier.

DISPOSITION Following our examination, the disposition was discussed with Mr. Machuca of, JRJ. We gathered from Mr. Machuca that attempts were made to sell the fresh plantains at best advantage. Mr. Machuca marketed approximately 270 cartons of the fresh plantains for

$1,460.00. Bill of Sale for these plantains can be obtained from JRJ Enterprise, Inc., 17 Voorhis Lane, Hackensack, NJ. The remaining 747 cartons were destroyed by disposal to a refuse site. Certificate of Disposal can be obtained from JRJ Enterprise, Inc., 17 Voorhis Lane, Hackensack, NJ

REMARKS  Captioned photographs taken during our survey are included with this report All our actions are without prejudice or question as to any liability.

In accepting this report and requesting future services from Argo Navis Marine LLC; it is understood and agreed that neither Argo Navis Marine LLC nor any surveyors thereof, will have any liability for any inaccuracy, error, or omission, whether due to negligence or otherwise, in excess of five times the actual charge made for the survey.

ARGO NAVIS MARINE LLC

By:

John Perez

Attachements:

1. TNT Freight Management Delivery Order
2. Comercializadora Internacional Ramzy Columbia E. U., Invoice No. 0002
3. CSAV SudAmerica Vapores Arrival Notice
4. CFS AQI Examination Work Order
5. 8 Photographs (4 pages)