# Sensor Report For GESU9180016
### Jul 01, 2006 to Aug 30, 2006

System Configuration at the Time of Interrogation:

Interrogated On Jan 31, 2008
Extracted By DataLine Rev 1.7.0

Controller Software: 5132
Controller Serial #: 04287214

Bill of Lading #:
Origin:              Origin Date:
Destination:      Discharge Date:
Comment:

Probe Calibration Readings: USDA1 0.0 USDA2 0.0 USDA3 0.0 Cargo 0.0

Temperature Units: Centigrade

---

**Jul 01, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|------|
| 01:00 | -20.00 | -18.00 | 67.41 |
| 02:00 | -20.00 | -18.00 | 67.64 |
| 03:00 | -20.00 | -18.00 | 67.72 |
| 04:00 | -20.00 | -18.00 | 67.79 |
| 05:00 | -20.00 | -18.00 | 67.88 |
| 06:00 | -20.00 | -18.00 | 67.95 |
| 07:00 | -20.00 | -18.00 | 68.06 |
| 08:00 | -17.00 | -12.00 | 77.34 |
| 09:00 | -20.00 | -18.00 | 74.22 |
| 10:00 | -20.00 | -18.00 | 71.64 |
| 11:00 | -20.00 | -18.00 | 70.76 |
| 12:00 | -20.00 | -18.00 | 70.24 |
| 13:00 | -20.00 | -18.00 | 69.69 |
| 14:00 | -20.00 | -18.00 | 69.02 |
| 15:00 | -20.00 | -18.00 | 67.95 |
| 16:00 | -20.00 | -18.00 | 66.62 |
| 17:00 | -20.00 | -18.00 | 65.66 |
| 18:00 | -20.00 | -18.00 | 64.94 |
| 19:00 | -20.00 | -18.00 | 64.67 |
| 20:00 | -11.00 | -8.00 | OFF |
| 21:00 | -8.00 | -2.00 | OFF |
| 22:00 | -7.00 | 0.50 | OFF |
| 23:00 | -6.00 | 1.85 | OFF |
| 24:00 | -5.00 | 2.85 | OFF |

---

**Jul 02, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|------|
| 01:00 | -5.00 | 3.50 | OFF |
| 02:00 | -5.00 | 3.75 | OFF |

| 03:00 | -5.00 | 3.75 | OFF |
|-------|-------|------|-----|
| 04:00 | -5.00 | 4.00 | OFF |
| 05:00 | -5.00 | 4.00 | OFF |
| 06:00 | -5.00 | 4.00 | OFF |
| 07:00 | -5.00 | 4.00 | OFF |
| 08:00 | -4.00 | 4.00 | OFF |
| 09:00 | -4.00 | 4.00 | OFF |
| 10:00 | -4.00 | 4.00 | OFF |
| 11:00 | -4.00 | 4.25 | OFF |
| 12:00 | -4.00 | 4.25 | OFF |
| 13:00 | -4.00 | 4.25 | OFF |
| 14:00 | -4.00 | 4.75 | OFF |
| 15:00 | -18.00 | -13.00 | 51.73 |
| 16:00 | -21.00 | -18.00 | 55.17 |
| 17:00 | -20.00 | -18.00 | 60.41 |
| 18:00 | -20.00 | -18.00 | 62.39 |
| 19:00 | -20.00 | -18.00 | 63.22 |
| 20:00 | -20.00 | -18.00 | 63.81 |
| 21:00 | -20.00 | -18.00 | 64.37 |
| 22:00 | -20.00 | -18.00 | 64.67 |
| 23:00 | -20.00 | -18.00 | 65.05 |
| 24:00 | -20.00 | -18.00 | 65.40 |

Jul 03, 2006
Setpoint: -18.00, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-----|
| 01:00 | -17.00 | -13.00 | 74.28 |
| 02:00 | -20.00 | -18.00 | 70.52 |
| 03:00 | -20.00 | -18.00 | 68.83 |
| 04:00 | -20.00 | -18.00 | 68.42 |
| 05:00 | -20.00 | -18.00 | 68.21 |
| 06:00 | -20.00 | -18.00 | 68.07 |
| 07:00 | -20.00 | -18.00 | 68.00 |
| 08:00 | -20.00 | -18.00 | 67.98 |
| 09:00 | -20.00 | -18.00 | 67.97 |
| 10:00 | -20.00 | -18.00 | 67.94 |
| 11:00 | -20.00 | -18.00 | 67.90 |
| 12:00 | -20.00 | -18.00 | 67.90 |
| 13:00 | -20.00 | -18.00 | 67.80 |
| 14:00 | -20.00 | -18.00 | 67.69 |
| 15:00 | -20.00 | -18.00 | 67.52 |
| 16:00 | -20.00 | -18.00 | 67.18 |
| 17:00 | -20.00 | -18.00 | 66.99 |
| 18:00 | -20.00 | -18.00 | 66.78 |
| 19:00 | -20.00 | -18.00 | 66.28 |
| 20:00 | -20.00 | -18.00 | 66.40 |
| 21:00 | -20.00 | -18.00 | 66.35 |
| 22:00 | -20.00 | -18.00 | 66.38 |
| 23:00 | -20.00 | -18.00 | 66.46 |
| 24:00 | -20.00 | -18.00 | 66.56 |

Jul 04, 2006
Setpoint: -18.00, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-----|

| | | | |
|---|---|---|---|
| 01:00 | -20.00 | -18.00 | 66.72 |
| 02:00 | -20.00 | -18.00 | 66.87 |
| 03:00 | -17.00 | -12.00 | 76.60 |
| 04:00 | -20.00 | -18.00 | 71.96 |
| 05:00 | -20.00 | -18.00 | 70.39 |
| 06:00 | -20.00 | -18.00 | 69.79 |
| 07:00 | -20.00 | -18.00 | 69.38 |
| 08:00 | -20.00 | -18.00 | 69.09 |
| 09:00 | -20.00 | -18.00 | 68.93 |
| 10:00 | -20.00 | -18.00 | 68.80 |
| 11:00 | -20.00 | -18.00 | 68.70 |
| 12:00 | -20.00 | -18.00 | 68.62 |
| 13:00 | -20.00 | -18.00 | 68.50 |
| 14:00 | -20.00 | -18.00 | 68.35 |
| 15:00 | -20.00 | -18.00 | 68.09 |
| 16:00 | -20.00 | -18.00 | 67.73 |
| 17:00 | -20.00 | -18.00 | 67.08 |
| 18:00 | -20.00 | -18.00 | 66.32 |
| 19:00 | -20.00 | -18.00 | 65.80 |
| 20:00 | -20.00 | -18.00 | 65.61 |
| 21:00 | -20.00 | -18.00 | 65.87 |
| 22:00 | -20.00 | -18.00 | 66.11 |
| 23:00 | -20.00 | -18.00 | 66.32 |
| 24:00 | -20.00 | -18.00 | 66.58 |

**Jul 05, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|---|---|---|---|
| 01:00 | -20.00 | -18.00 | 66.80 |
| 02:00 | -20.00 | -18.00 | 67.06 |
| 03:00 | -20.00 | -18.00 | 67.28 |
| 04:00 | -20.00 | -18.00 | 67.51 |
| 05:00 | -20.00 | -18.00 | 67.75 |
| 06:00 | -17.00 | -13.00 | 74.84 |
| 07:00 | -20.00 | -18.00 | 72.36 |
| 08:00 | -20.00 | -18.00 | 70.74 |
| 09:00 | -20.00 | -18.00 | 70.19 |
| 10:00 | -20.00 | -18.00 | 69.83 |
| 11:00 | -20.00 | -18.00 | 69.54 |
| 12:00 | -20.00 | -18.00 | 69.35 |
| 13:00 | -20.00 | -18.00 | 69.22 |
| 14:00 | -17.00 | -16.00 | OFF |
| 15:00 | -11.00 | -6.00 | OFF |
| 16:00 | 20.00 | 24.25 | OFF |
| 17:00 | 16.25 | 20.25 | OFF |
| 18:00 | 17.75 | 20.25 | OFF |
| 19:00 | 21.25 | 23.00 | OFF |
| 20:00 | 22.75 | 23.75 | OFF |
| 21:00 | 10.25 | 16.50 | 92.01 |
| 22:00 | 12.00 | 13.00 | OFF |
| 23:00 | 16.00 | 16.25 | OFF |
| 24:00 | 18.00 | 17.75 | OFF |

**Jul 06, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial: 04287214

Sensor Report (Jun 01, 2006 to Aug 30, 2006)

C:\Temp\Reefers\Feb 08\GESU9180016aa.dcx, GESU9180016, 04287214, 4

| Time | SupAir | RetAir | RH |
|------|--------|--------|-----|
| 01:00 | 19.50 | 19.25 | OFF |
| 02:00 | 20.25 | 20.50 | OFF |
| 03:00 | 21.25 | 21.25 | OFF |
| 04:00 | 22.00 | 20.00 | OFF |
| 05:00 | 22.50 | 20.25 | OFF |
| 06:00 | 23.25 | 23.50 | OFF |
| 07:00 | 23.75 | 24.00 | OFF |
| 08:00 | 24.25 | 24.50 | OFF |
| 09:00 | 24.75 | 25.00 | OFF |
| 10:00 | 25.25 | 25.25 | OFF |
| 11:00 | 25.50 | 25.75 | OFF |
| 12:00 | 25.75 | 26.00 | OFF |
| 13:00 | 26.25 | 26.50 | OFF |
| 14:00 | 26.75 | 27.00 | OFF |
| 15:00 | 27.50 | 27.75 | OFF |
| 16:00 | 28.75 | 29.50 | OFF |
| 17:00 | 28.00 | 30.00 | OFF |
| 18:00 | 28.75 | 30.00 | OFF |
| 19:00 | 30.00 | 30.00 | OFF |
| 20:00 | 30.00 | 30.00 | OFF |
| 21:00 | 30.00 | 30.00 | OFF |
| 22:00 | 30.00 | 30.00 | OFF |
| 23:00 | 30.00 | 30.00 | OFF |
| 24:00 | 30.00 | 30.00 | OFF |

**Jul 07, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-----|
| 01:00 | 30.00 | 30.00 | OFF |
| 02:00 | 30.00 | 27.75 | OFF |
| 03:00 | 30.00 | 30.00 | OFF |
| 04:00 | 30.00 | 30.00 | OFF |
| 05:00 | 30.00 | 30.00 | OFF |
| 06:00 | 29.75 | 29.75 | OFF |
| 07:00 | 29.25 | 29.25 | OFF |
| 08:00 | 28.75 | 29.00 | OFF |
| 09:00 | 28.50 | 28.50 | OFF |
| 10:00 | 28.00 | 28.25 | OFF |
| 11:00 | 27.75 | 28.00 | OFF |
| 12:00 | 27.50 | 27.75 | OFF |
| 13:00 | 28.00 | 28.00 | OFF |
| 14:00 | 28.50 | 29.00 | OFF |
| 15:00 | 29.50 | 30.00 | OFF |
| 16:00 | 30.00 | 30.00 | OFF |
| 17:00 | 30.00 | 30.00 | OFF |
| 18:00 | 30.00 | 30.00 | OFF |
| 19:00 | 30.00 | 30.00 | OFF |
| 20:00 | 30.00 | 30.00 | OFF |
| 21:00 | 30.00 | 30.00 | OFF |
| 22:00 | 30.00 | 30.00 | OFF |
| 23:00 | 30.00 | 30.00 | OFF |
| 24:00 | 30.00 | 30.00 | OFF |

**Jul 08, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time  | SupAir | RetAir | RH  |
|-------|--------|--------|-----|
| 01:00 | 30.00  | 30.00  | OFF |
| 02:00 | 30.00  | 30.00  | OFF |
| 03:00 | 30.00  | 30.00  | OFF |
| 04:00 | 30.00  | 20.00  | OFF |
| 05:00 | 30.00  | 30.00  | OFF |
| 06:00 | 30.00  | 30.00  | OFF |
| 07:00 | 30.00  | 30.00  | OFF |
| 08:00 | 30.00  | 30.00  | OFF |
| 09:00 | 29.50  | 29.50  | OFF |
| 10:00 | 28.75  | 28.00  | OFF |
| 11:00 | 28.00  | 28.50  | OFF |
| 12:00 | 27.50  | 28.00  | OFF |
| 13:00 | 27.00  | 27.50  | OFF |
| 14:00 | 26.75  | 27.00  | OFF |
| 15:00 | 26.75  | 27.00  | OFF |
| 16:00 | 26.75  | 27.00  | OFF |
| 17:00 | 27.25  | 27.50  | OFF |
| 18:00 | 27.75  | 28.00  | OFF |
| 19:00 | 28.50  | 28.75  | OFF |
| 20:00 | 29.25  | 27.75  | OFF |
| 21:00 | 29.75  | 29.75  | OFF |
| 22:00 | 30.00  | 30.00  | OFF |
| 23:00 | 30.00  | 30.00  | OFF |
| 24:00 | 29.75  | 29.50  | OFF |

**Jul 09, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time  | SupAir | RetAir | RH  |
|-------|--------|--------|-----|
| 01:00 | 29.25  | 28.00  | OFF |
| 02:00 | 28.75  | 28.50  | OFF |
| 03:00 | 28.50  | 28.25  | OFF |
| 04:00 | 28.25  | 7.75   | OFF |
| 05:00 | 28.00  | 27.75  | OFF |

**Jul 10, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time  | SupAir | RetAir | RH    |
|-------|--------|--------|-------|
| 18:00 | 17.50  | 19.25  | 64.22 |
| 19:00 | 7.25   | 8.50   | 75.73 |
| 20:00 | 20.75  | 24.50  | 89.64 |
| 21:00 | 21.75  | 26.00  | 85.96 |
| 22:00 | 23.75  | 27.50  | 79.31 |
| 23:00 | 21.50  | 25.75  | 84.66 |
| 24:00 | 19.75  | 24.00  | 85.01 |

**Jul 11, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-------|
| 01:00 | 17.50 | 22.50 | 85.51 |
| 02:00 | 14.25 | 19.75 | 84.69 |
| 03:00 | 13.25 | 19.00 | 84.54 |
| 04:00 | 12.50 | 18.25 | 84.26 |
| 05:00 | 12.00 | 17.75 | 84.04 |
| 06:00 | 14.75 | 18.75 | OFF |
| 07:00 | 12.25 | 17.25 | 84.83 |
| 08:00 | 11.50 | 16.50 | 84.52 |
| 09:00 | 10.75 | 16.00 | 84.11 |
| 10:00 | 10.25 | 15.50 | 83.85 |
| 11:00 | 9.75 | 15.25 | 83.61 |
| 12:00 | 9.25 | 14.75 | 83.36 |
| 13:00 | 9.00 | 14.25 | 83.14 |
| 14:00 | 8.75 | 13.75 | 83.00 |
| 15:00 | 8.50 | 13.50 | 82.90 |
| 16:00 | 8.25 | 13.25 | 82.80 |
| 17:00 | 8.00 | 13.00 | 82.55 |
| 18:00 | 7.75 | 12.50 | 82.40 |
| 19:00 | 7.25 | 12.25 | 82.34 |
| 20:00 | 7.25 | 12.00 | 82.42 |
| 21:00 | 7.25 | 11.75 | 82.70 |
| 22:00 | 7.25 | 11.50 | 83.07 |
| 23:00 | 7.25 | 11.25 | 83.53 |
| 24:00 | 7.25 | 11.00 | 83.96 |

Jul 12, 2006
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-------|
| 01:00 | 8.25 | 11.00 | OFF |
| 02:00 | 7.50 | 11.00 | 85.10 |
| 03:00 | 10.50 | 13.00 | OFF |
| 04:00 | 8.25 | 10.50 | 85.34 |
| 05:00 | 7.25 | 10.50 | 85.59 |
| 06:00 | 7.25 | 10.25 | 85.88 |
| 07:00 | 7.25 | 10.25 | 86.13 |
| 08:00 | 7.25 | 10.00 | 86.39 |
| 09:00 | 7.25 | 10.00 | 86.64 |
| 10:00 | 7.25 | 9.75 | 86.89 |
| 11:00 | 7.25 | 9.75 | 87.14 |
| 12:00 | 7.25 | 9.75 | 87.34 |
| 13:00 | 7.25 | 9.75 | 87.56 |
| 14:00 | 7.25 | 9.50 | 87.74 |
| 15:00 | 7.25 | 9.50 | 87.91 |
| 16:00 | 7.25 | 9.50 | 88.08 |
| 17:00 | 7.25 | 9.50 | 88.24 |
| 18:00 | 7.25 | 9.25 | 88.39 |
| 19:00 | 7.25 | 9.25 | 88.53 |
| 20:00 | 7.25 | 9.25 | 88.67 |
| 21:00 | 7.25 | 9.25 | 88.81 |
| 22:00 | 7.25 | 9.25 | 88.94 |
| 23:00 | 7.25 | 9.25 | 89.05 |
| 24:00 | 7.25 | 9.25 | 89.17 |

**Jul 13, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-------|
| 01:00 | 7.25 | 9.00 | 89.28 |
| 02:00 | 7.25 | 9.00 | 89.39 |
| 03:00 | 7.25 | 9.00 | 89.50 |
| 04:00 | 7.25 | 9.00 | 89.60 |
| 05:00 | 7.25 | 9.00 | 89.69 |
| 06:00 | 7.25 | 9.00 | 89.79 |
| 07:00 | 7.25 | 9.00 | 89.87 |
| 08:00 | 7.25 | 9.00 | 89.96 |
| 09:00 | 7.25 | 9.00 | 90.04 |
| 10:00 | 7.25 | 9.00 | 90.12 |
| 11:00 | 7.25 | 9.00 | 90.17 |
| 12:00 | 7.25 | 8.75 | 90.21 |
| 13:00 | 7.25 | 8.75 | 90.24 |
| 14:00 | 7.25 | 8.75 | 90.26 |
| 15:00 | 7.25 | 8.75 | 90.27 |
| 16:00 | 7.25 | 8.75 | 90.30 |
| 17:00 | 7.25 | 8.75 | 90.34 |
| 18:00 | 7.25 | 8.75 | 90.41 |
| 19:00 | 7.25 | 8.75 | 90.49 |
| 20:00 | 7.25 | 8.75 | 90.54 |
| 21:00 | 7.25 | 8.75 | 90.60 |
| 22:00 | 7.25 | 8.75 | 90.65 |
| 23:00 | 7.25 | 8.75 | 90.73 |
| 24:00 | 7.25 | 8.75 | 90.81 |

**Jul 14, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-------|
| 01:00 | 7.25 | 8.75 | 90.88 |
| 02:00 | 7.25 | 8.75 | 90.94 |
| 03:00 | 7.25 | 8.75 | 90.98 |
| 04:00 | 7.25 | 8.75 | 91.02 |
| 05:00 | 7.25 | 8.75 | 91.05 |
| 06:00 | 7.25 | 8.75 | 91.09 |
| 07:00 | 7.25 | 8.75 | 91.13 |
| 08:00 | 7.25 | 8.75 | 91.15 |
| 09:00 | 7.25 | 8.75 | 91.18 |
| 10:00 | 7.25 | 8.75 | 91.21 |
| 11:00 | 7.25 | 8.75 | 91.24 |
| 12:00 | 7.25 | 8.75 | 91.26 |
| 13:00 | 7.25 | 8.75 | 91.28 |
| 14:00 | 7.25 | 8.75 | 91.28 |
| 15:00 | 7.25 | 8.75 | 91.29 |
| 16:00 | 7.25 | 8.75 | 91.30 |
| 17:00 | 7.25 | 8.75 | 91.32 |
| 18:00 | 7.25 | 8.75 | 91.34 |
| 19:00 | 7.25 | 8.75 | 91.37 |
| 20:00 | 7.25 | 8.75 | 91.40 |
| 21:00 | 7.25 | 8.75 | 91.42 |
| 22:00 | 7.75 | 8.75 | 91.56 |
| 23:00 | 10.00 | 13.00 | OFF |
| 24:00 | 7.75 | 9.25 | 87.88 |

Sensor Report (Jul 17, 2006 to Aug 30, 2006)
C:\Temp\Reefers\Feb 08\GESU9180016aa.dcx, GESU9180016, 04287214, 8

---

**Jul 15, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-------|
| 01:00 | 7.25 | 8.75 | 90.30 |
| 02:00 | 7.25 | 8.75 | 90.84 |
| 03:00 | 7.25 | 8.75 | 91.08 |
| 04:00 | 7.25 | 8.75 | 91.24 |
| 05:00 | 7.25 | 8.75 | 91.34 |
| 06:00 | 7.25 | 8.75 | 91.40 |
| 07:00 | 7.25 | 8.75 | 91.43 |
| 08:00 | 7.25 | 8.75 | 91.48 |
| 09:00 | 7.25 | 8.75 | 91.52 |
| 10:00 | 7.25 | 8.75 | 91.58 |
| 11:00 | 9.00 | 10.00 | OFF |
| 12:00 | 10.75 | 13.75 | OFF |
| 13:00 | 7.50 | 9.00 | 90.24 |
| 14:00 | 7.25 | 8.75 | 91.26 |
| 15:00 | 7.25 | 8.75 | 91.42 |
| 16:00 | 7.25 | 8.75 | 91.47 |
| 17:00 | 7.25 | 8.75 | 91.52 |
| 18:00 | 7.25 | 8.75 | 91.54 |
| 19:00 | 7.25 | 8.75 | 91.56 |
| 20:00 | 7.25 | 8.75 | 91.56 |
| 21:00 | 7.25 | 8.75 | 91.58 |
| 22:00 | 7.25 | 8.75 | 91.58 |
| 23:00 | 7.25 | 8.75 | 91.60 |
| 24:00 | 7.25 | 8.75 | 91.64 |

---

**Jul 16, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-------|
| 01:00 | 7.25 | 8.75 | 91.69 |
| 02:00 | 7.25 | 8.75 | 91.75 |
| 03:00 | 7.25 | 8.75 | 91.80 |
| 04:00 | 7.25 | 8.75 | 91.84 |
| 05:00 | 7.25 | 8.75 | 91.88 |
| 06:00 | 7.25 | 8.75 | 91.92 |
| 07:00 | 7.25 | 8.75 | 91.96 |
| 08:00 | 7.25 | 8.75 | 92.01 |
| 09:00 | 7.25 | 8.75 | 92.04 |
| 10:00 | 7.25 | 8.75 | 92.06 |
| 11:00 | 7.25 | 8.75 | 92.10 |
| 12:00 | 7.25 | 8.75 | 92.13 |
| 13:00 | 7.25 | 8.75 | 92.17 |
| 14:00 | 7.25 | 8.75 | 92.17 |
| 15:00 | 7.25 | 8.75 | 92.16 |
| 16:00 | 7.25 | 8.75 | 92.15 |
| 17:00 | 7.25 | 8.75 | 92.14 |
| 18:00 | 7.25 | 8.75 | 92.12 |
| 19:00 | 7.25 | 8.75 | 92.10 |
| 20:00 | 7.25 | 8.75 | 92.10 |
| 21:00 | 7.25 | 8.75 | 92.12 |
| 22:00 | 7.25 | 8.75 | 92.14 |
| 23:00 | 7.25 | 8.75 | 92.17 |

Sensor Report (Jul 01, 2006 to Aug 30, 2006)
C:\Temp\Reefers\Feb 08\GESU9180016aa.dcx, GESU9180016, 04287214, 9

```
24:00      7.25    8.75    92.19
```

**Jul 17, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-------|
| 01:00 | 7.25 | 8.75 | 92.20 |
| 02:00 | 7.50 | 8.75 | 92.27 |
| 03:00 | 7.25 | 8.75 | 92.27 |
| 04:00 | 7.25 | 8.75 | 92.31 |
| 05:00 | 7.25 | 8.75 | 92.32 |
| 06:00 | 7.25 | 8.75 | 92.31 |
| 07:00 | 7.25 | 8.75 | 92.31 |
| 08:00 | 7.25 | 8.75 | 92.31 |
| 09:00 | 7.25 | 8.75 | 92.32 |
| 10:00 | 7.25 | 8.75 | 92.31 |
| 11:00 | 7.25 | 8.75 | 92.32 |
| 12:00 | 9.75 | 11.75 | OFF |
| 13:00 | 8.25 | 9.75 | 86.73 |
| 14:00 | 7.25 | 8.75 | 90.35 |
| 15:00 | 7.25 | 8.75 | 91.17 |
| 16:00 | 7.25 | 8.75 | 91.38 |
| 17:00 | 7.25 | 8.75 | 91.53 |
| 18:00 | 7.25 | 8.75 | 91.62 |
| 19:00 | 7.25 | 8.75 | 91.64 |
| 20:00 | 7.25 | 8.75 | 91.57 |
| 21:00 | 7.25 | 8.75 | 91.51 |
| 22:00 | 7.25 | 8.75 | 91.48 |
| 23:00 | 7.25 | 8.75 | 91.50 |
| 24:00 | 7.25 | 8.75 | 91.52 |

**Jul 18, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-------|
| 01:00 | 7.25 | 8.75 | 91.56 |
| 02:00 | 8.50 | 9.75 | 87.71 |
| 03:00 | 7.25 | 8.75 | 90.82 |
| 04:00 | 7.25 | 8.75 | 91.45 |
| 05:00 | 7.25 | 8.75 | 91.66 |
| 06:00 | 7.25 | 8.75 | 91.79 |
| 07:00 | 7.25 | 8.75 | 91.90 |
| 08:00 | 7.25 | 8.75 | 91.97 |
| 09:00 | 7.25 | 8.75 | 92.01 |
| 10:00 | 7.25 | 8.75 | 92.06 |
| 11:00 | 7.75 | 8.75 | 92.14 |
| 12:00 | 7.25 | 8.75 | 92.21 |
| 13:00 | 7.25 | 8.75 | 92.23 |
| 14:00 | 7.25 | 8.75 | 92.21 |
| 15:00 | 7.25 | 8.75 | 92.17 |
| 16:00 | 7.25 | 8.75 | 92.15 |
| 17:00 | 7.25 | 8.75 | 92.15 |
| 18:00 | 7.25 | 8.75 | 92.17 |
| 19:00 | 7.25 | 8.75 | 92.18 |
| 20:00 | 7.25 | 8.75 | 92.17 |
| 21:00 | 7.25 | 8.75 | 92.18 |

```
22:00      7.25     8.75     92.18
23:00      7.25     8.75     92.19
24:00      7.25     8.75     92.21
```

**Jul 19, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time  | SupAir | RetAir | RH    |
|-------|--------|--------|-------|
| 01:00 | 7.25   | 8.75   | 92.25 |
| 02:00 | 7.25   | 8.75   | 92.29 |
| 03:00 | 7.25   | 8.75   | 92.32 |
| 04:00 | 7.25   | 8.75   | 92.34 |
| 05:00 | 7.25   | 8.75   | 92.37 |
| 06:00 | 7.25   | 8.50   | 92.41 |
| 07:00 | 7.50   | 8.75   | 92.49 |
| 08:00 | 9.25   | 10.50  | OFF   |
| 09:00 | 10.50  | 13.25  | OFF   |
| 10:00 | 11.00  | 13.50  | OFF   |
| 11:00 | 11.50  | 13.50  | OFF   |
| 12:00 | 11.75  | 13.25  | OFF   |
| 13:00 | 12.00  | 13.25  | OFF   |
| 14:00 | 12.25  | 13.50  | OFF   |
| 15:00 | 12.75  | 13.75  | OFF   |
| 16:00 | 13.00  | 13.75  | OFF   |
| 17:00 | 13.25  | 14.00  | OFF   |
| 18:00 | 13.50  | 14.50  | OFF   |
| 19:00 | 8.50   | 10.75  | 84.24 |
| 20:00 | 7.25   | 9.50   | 87.99 |
| 21:00 | 7.25   | 9.25   | 89.35 |
| 22:00 | 7.25   | 9.25   | 89.99 |
| 23:00 | 7.25   | 9.00   | 90.36 |
| 24:00 | 7.25   | 9.00   | 90.61 |

**Jul 20, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time  | SupAir | RetAir | RH    |
|-------|--------|--------|-------|
| 01:00 | 7.25   | 9.00   | 90.87 |
| 02:00 | 7.25   | 9.00   | 91.09 |
| 03:00 | 7.25   | 9.00   | 91.30 |
| 04:00 | 7.25   | 8.75   | 91.43 |
| 05:00 | 7.25   | 8.75   | 91.55 |
| 06:00 | 7.25   | 8.75   | 91.63 |
| 07:00 | 7.25   | 8.75   | 91.67 |
| 08:00 | 7.25   | 8.75   | 91.71 |
| 09:00 | 7.25   | 8.75   | 91.77 |
| 10:00 | 7.25   | 8.75   | 91.81 |
| 11:00 | 7.25   | 8.75   | 91.84 |
| 12:00 | 7.25   | 8.75   | 91.87 |
| 13:00 | 7.25   | 8.75   | 91.85 |
| 14:00 | 7.25   | 8.75   | 91.83 |
| 15:00 | 7.25   | 8.75   | 91.85 |
| 16:00 | 9.75   | 11.25  | OFF   |
| 17:00 | 7.50   | 9.25   | 90.69 |
| 18:00 | 7.25   | 8.75   | 91.21 |
| 19:00 | 7.25   | 8.75   | 91.31 |

Sensor Report from 06/01/06 to 01/31/08
C:\Temp\Reefers\Feb 08\GESU9180016aa.dcx, GESU9180016, 04287214, 11

```
20:00      7.25      8.75      91.30
21:00      7.25      8.75      91.24
22:00      7.25      8.75      91.14
23:00     11.50     14.25      OFF
24:00     12.25     16.00      OFF
```

**Jul 21, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|------|
| 01:00 | 12.50 | 15.25 | OFF |
| 02:00 | 12.75 | 14.75 | OFF |
| 03:00 | 13.00 | 14.25 | OFF |
| 04:00 | 13.00 | 14.25 | OFF |
| 05:00 | 13.00 | 14.00 | OFF |
| 06:00 | 13.00 | 14.00 | OFF |
| 07:00 | 13.00 | 13.75 | OFF |
| 08:00 | 13.25 | 13.75 | OFF |
| 09:00 | 13.25 | 13.75 | OFF |
| 10:00 | 13.25 | 14.00 | OFF |
| 11:00 | 13.25 | 14.00 | OFF |
| 12:00 | 8.25 | 10.50 | 85.27 |
| 13:00 | 7.25 | 9.75 | 88.70 |
| 14:00 | 7.25 | 9.75 | 90.25 |
| 15:00 | 9.25 | 11.00 | OFF |
| 16:00 | 11.50 | 16.50 | OFF |
| 17:00 | 7.75 | 10.25 | 82.80 |
| 18:00 | 7.25 | 9.50 | 87.49 |
| 19:00 | 7.25 | 9.50 | 88.30 |
| 20:00 | 11.25 | 16.00 | OFF |
| 21:00 | 7.50 | 9.75 | 83.96 |
| 22:00 | 10.25 | 14.00 | OFF |
| 23:00 | 11.25 | 15.75 | OFF |
| 24:00 | 11.75 | 15.50 | OFF |

**Jul 22, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|------|
| 01:00 | 12.25 | 15.00 | OFF |
| 02:00 | 12.50 | 14.75 | OFF |
| 03:00 | 12.50 | 14.50 | OFF |
| 04:00 | 12.75 | 14.25 | OFF |
| 05:00 | 12.75 | 14.25 | OFF |
| 06:00 | 13.00 | 14.25 | OFF |
| 07:00 | 13.00 | 14.25 | OFF |
| 08:00 | 13.25 | 14.25 | OFF |
| 09:00 | 13.25 | 14.25 | OFF |
| 10:00 | 13.25 | 14.50 | OFF |
| 11:00 | 13.50 | 14.50 | OFF |
| 12:00 | 13.75 | 14.75 | OFF |
| 13:00 | 15.25 | 20.00 | OFF |
| 14:00 | 15.75 | 21.25 | OFF |
| 15:00 | 16.25 | 22.25 | OFF |
| 16:00 | 10.25 | 14.75 | 91.18 |
| 17:00 | 7.25 | 11.00 | 91.36 |

Sensor Report (Jul 01, 2006 to Aug 30, 2006)
C:\Temp\Reefers\Feb 08\GESU9180016aa.dcx, GESU9180016, 04287214, 12

```
18:00    13.75    21.75    OFF
19:00     8.50    12.25    91.29
20:00    11.50    15.25    OFF
21:00    13.25    18.25    OFF
22:00    13.50    17.75    OFF
23:00    13.50    17.25    OFF
24:00    14.00    17.00    OFF
```

**Jul 23, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|------|
| 01:00 | 14.00 | 16.75 | OFF |
| 02:00 | 14.25 | 16.75 | OFF |
| 03:00 | 14.50 | 16.75 | OFF |
| 04:00 | 14.75 | 16.75 | OFF |
| 05:00 | 14.75 | 16.75 | OFF |
| 06:00 | 14.75 | 16.75 | OFF |
| 07:00 | 15.00 | 16.75 | OFF |
| 08:00 | 15.00 | 16.50 | OFF |
| 09:00 | 15.00 | 16.50 | OFF |
| 10:00 | 15.00 | 16.50 | OFF |
| 11:00 | 15.00 | 16.25 | OFF |
| 12:00 | 15.25 | 16.25 | OFF |
| 13:00 | 15.25 | 16.50 | OFF |
| 14:00 | 15.50 | 16.75 | OFF |
| 15:00 | 15.75 | 16.75 | OFF |
| 16:00 | 15.75 | 17.00 | OFF |
| 17:00 | 10.25 | 14.50 | 85.93 |
| 18:00 | 7.25 | 11.50 | 87.02 |
| 19:00 | 12.75 | 17.75 | OFF |
| 20:00 | 14.25 | 20.00 | OFF |
| 21:00 | 15.00 | 20.50 | OFF |
| 22:00 | 15.75 | 20.50 | OFF |
| 23:00 | 16.25 | 20.25 | OFF |
| 24:00 | 16.50 | 20.00 | OFF |

**Jul 24, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|------|
| 01:00 | 16.50 | 19.50 | OFF |
| 02:00 | 16.50 | 19.25 | OFF |
| 03:00 | 16.25 | 18.75 | OFF |
| 04:00 | 16.25 | 18.50 | OFF |
| 05:00 | 16.25 | 18.25 | OFF |
| 06:00 | 16.25 | 18.00 | OFF |
| 07:00 | 16.25 | 18.00 | OFF |
| 08:00 | 16.25 | 17.75 | OFF |
| 09:00 | 16.25 | 17.75 | OFF |
| 10:00 | 16.25 | 17.75 | OFF |
| 11:00 | 16.50 | 18.00 | OFF |
| 12:00 | 10.00 | 14.50 | 88.83 |
| 13:00 | 7.25 | 12.00 | 88.71 |
| 14:00 | 7.25 | 11.25 | 89.02 |
| 15:00 | 7.25 | 11.25 | 88.61 |

Sensor Report (Jul 01, 2006 to Aug 30, 2006)
C:\Temp\Reefers\Feb 08\GESU9180016aa.dcx, GESU9180016, 04287214, 13

| Time | SupAir | RetAir | RH |
|---|---|---|---|
| 16:00 | 11.25 | 15.00 | OFF |
| 17:00 | 16.25 | 21.75 | OFF |
| 18:00 | 8.50 | 13.25 | 76.06 |
| 19:00 | 7.25 | 11.00 | 83.63 |
| 20:00 | 7.25 | 10.75 | 85.27 |
| 21:00 | 7.25 | 10.75 | 85.80 |
| 22:00 | 12.50 | 17.00 | OFF |
| 23:00 | 13.75 | 19.75 | OFF |
| 24:00 | 14.75 | 20.00 | OFF |

**Jul 25, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|---|---|---|---|
| 01:00 | 15.00 | 19.75 | OFF |
| 02:00 | 15.50 | 19.50 | OFF |
| 03:00 | 15.75 | 19.25 | OFF |
| 04:00 | 16.00 | 19.00 | OFF |
| 05:00 | 16.00 | 18.75 | OFF |
| 06:00 | 16.00 | 18.50 | OFF |
| 07:00 | 16.25 | 18.50 | OFF |
| 08:00 | 16.25 | 18.25 | OFF |
| 09:00 | 16.25 | 18.25 | OFF |
| 10:00 | 16.25 | 18.25 | OFF |
| 11:00 | 16.50 | 18.25 | OFF |
| 12:00 | 9.75 | 14.25 | 85.04 |
| 13:00 | 7.25 | 11.50 | 86.26 |
| 14:00 | 7.50 | 11.25 | 87.33 |
| 15:00 | 16.00 | 19.00 | 91.11 |
| 16:00 | 7.75 | 12.25 | 85.39 |
| 17:00 | 7.25 | 10.75 | 86.44 |
| 18:00 | 7.25 | 10.75 | 86.49 |
| 19:00 | 7.25 | 10.50 | 86.51 |
| 20:00 | 7.25 | 10.50 | 86.54 |
| 21:00 | 7.25 | 10.25 | 86.76 |
| 22:00 | 11.75 | 15.25 | OFF |
| 23:00 | 13.50 | 19.00 | OFF |
| 24:00 | 14.50 | 19.75 | OFF |

**Jul 26, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|---|---|---|---|
| 01:00 | 14.75 | 14.75 | OFF |
| 02:00 | 15.25 | 19.50 | OFF |
| 03:00 | 15.50 | 17.75 | OFF |
| 04:00 | 15.75 | 18.75 | OFF |
| 05:00 | 16.00 | 18.50 | OFF |
| 06:00 | 16.00 | 18.50 | OFF |
| 07:00 | 16.00 | 18.25 | OFF |
| 08:00 | 16.00 | 18.25 | OFF |
| 09:00 | 16.00 | 18.25 | OFF |
| 10:00 | 16.00 | 18.00 | OFF |
| 11:00 | 16.25 | 18.25 | OFF |
| 12:00 | 9.75 | 14.25 | 84.43 |
| 13:00 | 7.25 | 11.50 | 85.73 |

Sensor Report (Jul 01, 2006 to Aug 30, 2006)
C:\Temp\Reefers\Feb 08\GESU9180016aa.dcx, GESU9180016, 04287214, 14

```
14:00    13.75    20.00    OFF
15:00    17.50    24.00    OFF
16:00     9.50    14.50    81.19
17:00     7.25    11.25    84.60
18:00     7.25    11.00    85.60
19:00     7.25    10.75    85.75
20:00     7.25    10.75    85.66
21:00    10.25    13.00    OFF
22:00    14.00    19.50    OFF
23:00    15.00    21.00    OFF
24:00    15.75    21.25    OFF
```

**Jul 27, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|------|
| 01:00 | 16.25 | 21.00 | OFF |
| 02:00 | 16.75 | 14.25 | OFF |
| 03:00 | 16.75 | 14.00 | OFF |
| 04:00 | 17.00 | 13.75 | OFF |
| 05:00 | 17.25 | 13.50 | OFF |
| 06:00 | 17.25 | 13.50 | OFF |
| 07:00 | 17.25 | 13.50 | OFF |
| 08:00 | 17.25 | 17.00 | OFF |
| 09:00 | 17.50 | 14.00 | OFF |
| 10:00 | 17.50 | 14.00 | OFF |
| 11:00 | 17.50 | 14.00 | OFF |
| 12:00 | 10.50 | 15.25 | 85.47 |
| 13:00 | 7.50 | 12.00 | 86.05 |
| 14:00 | 7.25 | 11.25 | 86.80 |
| 15:00 | 8.50 | 11.75 | OFF |
| 16:00 | 14.25 | 19.75 | OFF |
| 17:00 | 12.50 | 16.50 | 77.54 |
| 18:00 | 14.00 | 15.75 | OFF |
| 19:00 | 16.50 | 22.00 | OFF |
| 20:00 | 17.50 | 23.75 | OFF |
| 21:00 | 18.50 | 24.50 | OFF |
| 22:00 | 18.75 | 24.75 | OFF |
| 23:00 | 19.25 | 24.75 | OFF |
| 24:00 | 19.50 | 24.25 | OFF |

**Jul 28, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|------|
| 01:00 | 19.25 | 23.75 | OFF |
| 02:00 | 19.25 | 22.75 | OFF |
| 03:00 | 19.25 | 22.50 | OFF |
| 04:00 | 19.25 | 21.50 | OFF |
| 05:00 | 19.25 | 15.75 | OFF |
| 06:00 | 19.25 | 15.50 | OFF |
| 07:00 | 19.25 | 15.50 | OFF |
| 08:00 | 19.25 | 15.25 | OFF |
| 09:00 | 19.25 | 15.25 | OFF |
| 10:00 | 19.25 | 15.50 | OFF |
| 11:00 | 19.25 | 15.75 | OFF |

```
12:00      19.50     15.75       OFF
13:00      20.00     16.00       OFF
14:00      22.75     18.50       OFF
15:00      23.50     26.75       OFF
16:00      24.50     30.00       OFF
17:00      25.00     30.00       OFF
18:00      27.00     30.00       OFF
19:00      28.75     30.00       OFF
20:00      30.00     30.00       OFF
21:00      30.00     30.00       OFF
22:00      30.00     30.00       OFF
23:00      30.00     30.00       OFF
24:00      30.00     30.00       OFF
```

**Jul 29, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-----|
| 01:00 | 30.00 | 30.00 | OFF |
| 02:00 | 29.50 | 29.75 | OFF |
| 03:00 | 29.25 | 29.25 | OFF |
| 04:00 | 28.75 | 29.00 | OFF |
| 05:00 | 28.50 | 28.50 | OFF |
| 06:00 | 28.00 | 28.25 | OFF |
| 07:00 | 27.75 | 27.75 | OFF |
| 08:00 | 27.50 | 27.50 | OFF |
| 09:00 | 27.00 | 27.25 | OFF |
| 10:00 | 26.75 | 26.75 | OFF |
| 11:00 | 26.25 | 26.25 | OFF |
| 12:00 | 26.25 | 26.50 | OFF |
| 13:00 | 26.75 | 27.25 | OFF |
| 14:00 | 27.50 | 28.50 | OFF |
| 15:00 | 28.25 | 30.00 | OFF |
| 16:00 | 29.25 | 30.00 | OFF |
| 17:00 | 30.00 | 30.00 | OFF |
| 18:00 | 30.00 | 30.00 | OFF |
| 19:00 | 30.00 | 30.00 | OFF |
| 20:00 | 30.00 | 30.00 | OFF |
| 21:00 | 30.00 | 30.00 | OFF |
| 22:00 | 30.00 | 30.00 | OFF |
| 23:00 | 30.00 | 30.00 | OFF |
| 24:00 | 30.00 | 30.00 | OFF |

**Jul 30, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-----|
| 01:00 | 30.00 | 30.00 | OFF |
| 02:00 | 30.00 | 30.00 | OFF |
| 03:00 | 30.00 | 30.00 | OFF |
| 04:00 | 30.00 | 30.00 | OFF |
| 05:00 | 30.00 | 30.00 | OFF |
| 06:00 | 30.00 | 30.00 | OFF |
| 07:00 | 30.00 | 30.00 | OFF |
| 08:00 | 29.50 | 29.75 | OFF |
| 09:00 | 29.25 | 29.25 | OFF |

Sensor Report (Jul 01, 2006 to Aug 30, 2006)
C:\Temp\Reefers\Feb 08\GESU9180016aa.dcx, GESU9180016, 04287214, 16

```
10:00     28.75     29.00     OFF
11:00     28.50     28.75     OFF
12:00     28.25     28.50     OFF
13:00     28.50     29.25     OFF
14:00     29.00     30.00     OFF
15:00     29.50     30.00     OFF
16:00     30.00     30.00     OFF
17:00     30.00     30.00     OFF
18:00     30.00     30.00     OFF
19:00     30.00     30.00     OFF
20:00     30.00     30.00     OFF
21:00     30.00     30.00     OFF
22:00     30.00     30.00     OFF
23:00     30.00     30.00     OFF
24:00     30.00     30.00     OFF
```

**Jul 31, 2006**
Setpoint: 7 20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-----|
| 01:00 | 30.00 | 30.00 | OFF |

**Aug 29, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-------|
| 12:00 | 3.50 | 7.00 | 66.17 |
| 13:00 | -6.00 | -4.00 | OFF |
| 14:00 | -0.55 | -0.10 | OFF |
| 15:00 | 1.70 | 1.95 | OFF |
| 16:00 | 3.20 | 3.75 | OFF |
| 17:00 | 4.50 | 5.00 | OFF |
| 18:00 | 5.50 | 6.00 | OFF |
| 19:00 | 7.00 | 7.25 | OFF |
| 20:00 | 8.00 | 8.25 | OFF |
| 21:00 | 8.75 | 9.00 | OFF |
| 22:00 | 9.25 | 9.75 | OFF |
| 23:00 | 10.00 | 10.25 | OFF |
| 24:00 | 10.50 | 10.50 | OFF |

**Aug 30, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial: 04287214

| Time | SupAir | RetAir | RH |
|------|--------|--------|-----|
| 01:00 | 11.00 | 11.00 | OFF |
| 02:00 | 11.25 | 11.25 | OFF |
| 03:00 | 11.75 | 11.75 | OFF |
| 04:00 | 12.00 | 12.00 | OFF |
| 05:00 | 12.50 | 12.25 | OFF |
| 06:00 | 12.75 | 12.25 | OFF |
| 07:00 | 13.00 | 12.50 | OFF |
| 08:00 | 13.00 | 12.75 | OFF |
| 09:00 | 13.25 | 12.75 | OFF |

## Event Report For GESU9180016
Jul 01, 2006 to Aug 30, 2006

System Configuration at the Time of Interrogation:

Interrogated On Jan 31, 2008
Extracted By DataLine Rev 1.7.0

Controller Software: 5132
Controller Serial #: 04287214

Bill of Lading #:
Origin:              Origin Date:
Destination:     Discharge Date:
Comment:

Probe Calibration Readings: USDA1 0.0 USDA2 0.0 USDA3 0.0 Cargo 0.0

Temperature Units: Centigrade

Jul 01, 2006
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214

Time  Event Data
00:55 Operating Mode Changed to Cool Max
00:57 Operating Mode Changed to Low Speed Evaps Only
01:57 Operating Mode Changed to Cool Max
01:58 Operating Mode Changed to Low Speed Evaps Only
02:58 Operating Mode Changed to Cool Max
02:59 Operating Mode Changed to Low Speed Evaps Only
03:58 Operating Mode Changed to Cool Max
03:59 Operating Mode Changed to Low Speed Evaps Only
04:57 Operating Mode Changed to Cool Max
04:58 Operating Mode Changed to Low Speed Evaps Only
05:56 Operating Mode Changed to Cool Max
05:57 Operating Mode Changed to Low Speed Evaps Only
06:58 Operating Mode Changed to Modulated Cool
06:59 Operating Mode Changed to Cool Reduced
07:05 Defrost Initiated By Timer
07:27 Defrost Terminated Due to Normal Operation
07:58 Operating Mode Changed to Cool Max
07:59 Operating Mode Changed to Low Speed Evaps Only
08:56 Operating Mode Changed to Cool Max
08:57 Operating Mode Changed to Low Speed Evaps Only
09:59 Operating Mode Changed to Modulated Cool
09:59 Operating Mode Changed to Cool Reduced
10:57 Operating Mode Changed to Cool Max
10:58 Operating Mode Changed to Low Speed Evaps Only
11:59 Operating Mode Changed to Modulated Cool
11:59 Operating Mode Changed to Cool Reduced
12:58 Operating Mode Changed to Modulated Cool
12:58 Operating Mode Changed to Cool Reduced
13:55 Operating Mode Changed to Cool Max
13:57 Operating Mode Changed to Low Speed Evaps Only
14:57 Operating Mode Changed to Cool Reduced
14:59 Operating Mode Changed to Cool Max
15:54 Operating Mode Changed to Cool Max
15:57 Operating Mode Changed to Low Speed Evaps Only

Event Report (Jul 01, 2006 to Aug 30, 2006)
C:\Temp\Reefers\Feb 08\GESU9180016aa.dcx, GESU9180016, 04287214, 2

```
16:56 Operating Mode Changed to Low Speed Evaps Only
16:59 Operating Mode Changed to Modulated Cool
17:59 Operating Mode Changed to Modulated Cool
17:59 Operating Mode Changed to Cool Reduced
18:57 Operating Mode Changed to Cool Reduced
18:58 Operating Mode Changed to Cool Max
19:22 Operating Mode Changed to Cool Max
19:25 Power Down (Battery Present)
19:25 Operating Mode Changed to Power Off
```

**Jul 02, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214

```
Time  Event Data
14:04 Power On (Battery Present)
14:06 Operating Mode Changed to Cool Reduced
14:31 Operating Mode Changed to Cool Max
15:59 Operating Mode Changed to Modulated Cool
15:59 Operating Mode Changed to Cool Reduced
16:55 Operating Mode Changed to Cool Reduced
16:57 Operating Mode Changed to Cool Max
17:59 Operating Mode Changed to Modulated Cool
17:59 Operating Mode Changed to Cool Reduced
18:55 Operating Mode Changed to Cool Max
18:58 Operating Mode Changed to Low Speed Evaps Only
19:54 Operating Mode Changed to Cool Max
19:57 Operating Mode Changed to Low Speed Evaps Only
20:57 Operating Mode Changed to Cool Reduced
20:58 Operating Mode Changed to Cool Max
21:54 Operating Mode Changed to Cool Max
21:57 Operating Mode Changed to Low Speed Evaps Only
22:56 Operating Mode Changed to Cool Max
22:58 Operating Mode Changed to Low Speed Evaps Only
23:55 Operating Mode Changed to Cool Max
23:57 Operating Mode Changed to Low Speed Evaps Only
```

**Jul 03, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214

```
Time  Event Data
00:08 Defrost Initiated By Timer
00:27 Defrost Terminated Due to Normal Operation
00:36 Operating Mode Changed to Cool Reduced
00:57 Operating Mode Changed to Cool Max
01:55 Operating Mode Changed to Cool Max
01:57 Operating Mode Changed to Low Speed Evaps Only
02:58 Operating Mode Changed to Cool Max
02:59 Operating Mode Changed to Low Speed Evaps Only
03:57 Operating Mode Changed to Cool Reduced
03:59 Operating Mode Changed to Cool Max
04:58 Operating Mode Changed to Cool Reduced
04:59 Operating Mode Changed to Cool Max
05:58 Operating Mode Changed to Cool Reduced
05:59 Operating Mode Changed to Cool Max
06:58 Operating Mode Changed to Cool Max
06:59 Operating Mode Changed to Low Speed Evaps Only
07:57 Operating Mode Changed to Cool Max
07:58 Operating Mode Changed to Low Speed Evaps Only
```

```
08:59 Operating Mode Changed to Modulated Cool
08:59 Operating Mode Changed to Cool Reduced
09:58 Operating Mode Changed to Cool Reduced
09:59 Operating Mode Changed to Cool Max
10:57 Operating Mode Changed to Cool Max
10:58 Operating Mode Changed to Low Speed Evaps Only
11:55 Operating Mode Changed to Cool Max
11:56 Operating Mode Changed to Low Speed Evaps Only
12:56 Operating Mode Changed to Low Speed Evaps Only
12:59 Operating Mode Changed to Modulated Cool
13:55 Operating Mode Changed to Cool Max
13:57 Operating Mode Changed to Low Speed Evaps Only
14:57 Operating Mode Changed to Cool Reduced
14:58 Operating Mode Changed to Cool Max
15:56 Operating Mode Changed to Cool Max
15:58 Operating Mode Changed to Low Speed Evaps Only
16:59 Operating Mode Changed to Modulated Cool
16:59 Operating Mode Changed to Cool Reduced
17:59 Operating Mode Changed to Modulated Cool
17:59 Operating Mode Changed to Cool Reduced
18:42 Power Down (Battery Present)
18:42 Power On (Battery Present)
18:57 Operating Mode Changed to Cool Max
18:59 Operating Mode Changed to Low Speed Evaps Only
19:56 Operating Mode Changed to Cool Max
19:58 Operating Mode Changed to Low Speed Evaps Only
20:55 Operating Mode Changed to Cool Max
20:57 Operating Mode Changed to Low Speed Evaps Only
21:59 Operating Mode Changed to Modulated Cool
21:59 Operating Mode Changed to Cool Reduced
22:58 Operating Mode Changed to Cool Max
22:59 Operating Mode Changed to Low Speed Evaps Only
23:59 Operating Mode Changed to Modulated Cool
23:59 Operating Mode Changed to Cool Reduced
```

**Jul 04, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214

**Time  Event Data**
```
00:56 Operating Mode Changed to Cool Max
00:57 Operating Mode Changed to Low Speed Evaps Only
01:56 Operating Mode Changed to Cool Max
01:57 Operating Mode Changed to Low Speed Evaps Only
02:01 Defrost Initiated By Timer
02:23 Defrost Terminated Due to Normal Operation
02:59 Operating Mode Changed to Modulated Cool
02:59 Operating Mode Changed to Cool Reduced
03:57 Operating Mode Changed to Cool Reduced
03:59 Operating Mode Changed to Cool Max
04:57 Operating Mode Changed to Cool Max
04:58 Operating Mode Changed to Low Speed Evaps Only
05:59 Operating Mode Changed to Modulated Cool
05:59 Operating Mode Changed to Cool Reduced
06:57 Operating Mode Changed to Cool Max
06:58 Operating Mode Changed to Low Speed Evaps Only
07:55 Operating Mode Changed to Low Speed Evaps Only
07:59 Operating Mode Changed to Cool Reduced
08:57 Operating Mode Changed to Cool Max
08:58 Operating Mode Changed to Low Speed Evaps Only
```

Event Report (Jul 01, 2006 to Aug 30, 2006)
C:\Temp\Reefers\Feb 08\GESU9180016aa.dcx, GESU9180016, 04287214, 4

```
09:57 Operating Mode Changed to Cool Reduced
09:59 Operating Mode Changed to Cool Max
10:56 Operating Mode Changed to Low Speed Evaps Only
10:59 Operating Mode Changed to Cool Reduced
11:57 Operating Mode Changed to Cool Max
11:58 Operating Mode Changed to Low Speed Evaps Only
12:59 Operating Mode Changed to Modulated Cool
12:59 Operating Mode Changed to Cool Reduced
13:58 Operating Mode Changed to Cool Max
13:59 Operating Mode Changed to Low Speed Evaps Only
14:58 Operating Mode Changed to Cool Max
14:59 Operating Mode Changed to Low Speed Evaps Only
15:55 Operating Mode Changed to Cool Max
15:57 Operating Mode Changed to Low Speed Evaps Only
16:56 Operating Mode Changed to Cool Max
16:58 Operating Mode Changed to Low Speed Evaps Only
17:56 Operating Mode Changed to Low Speed Evaps Only
17:59 Operating Mode Changed to Modulated Cool
18:58 Operating Mode Changed to Cool Reduced
18:59 Operating Mode Changed to Cool Max
19:55 Operating Mode Changed to Cool Max
19:57 Operating Mode Changed to Low Speed Evaps Only
20:54 Operating Mode Changed to Cool Max
20:57 Operating Mode Changed to Low Speed Evaps Only
21:58 Operating Mode Changed to Modulated Cool
21:58 Operating Mode Changed to Cool Reduced
22:57 Operating Mode Changed to Cool Max
22:59 Operating Mode Changed to Low Speed Evaps Only
23:57 Operating Mode Changed to Cool Reduced
23:59 Operating Mode Changed to Cool Max
```

**Jul 05, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214

```
Time  Event Data
00:58 Operating Mode Changed to Cool Reduced
00:59 Operating Mode Changed to Cool Max
01:58 Operating Mode Changed to Cool Max
01:59 Operating Mode Changed to Low Speed Evaps Only
02:56 Operating Mode Changed to Cool Max
02:57 Operating Mode Changed to Low Speed Evaps Only
03:57 Operating Mode Changed to Cool Reduced
03:59 Operating Mode Changed to Cool Max
04:59 Operating Mode Changed to Modulated Cool
04:59 Operating Mode Changed to Cool Reduced
05:12 Defrost Initiated By Timer
05:31 Defrost Terminated Due to Normal Operation
05:45 Operating Mode Changed to Cool Max
05:59 Operating Mode Changed to Low Speed Evaps Only
06:55 Operating Mode Changed to Low Speed Evaps Only
06:59 Operating Mode Changed to Cool Reduced
07:56 Operating Mode Changed to Cool Max
07:57 Operating Mode Changed to Low Speed Evaps Only
08:58 Operating Mode Changed to Cool Max
08:59 Operating Mode Changed to Low Speed Evaps Only
09:58 Operating Mode Changed to Cool Reduced
09:59 Operating Mode Changed to Cool Max
10:55 Operating Mode Changed to Low Speed Evaps Only
10:59 Operating Mode Changed to Cool Reduced
```

```
11:56 Operating Mode Changed to Cool Max
11:57 Operating Mode Changed to Low Speed Evaps Only
12:58 Operating Mode Changed to Cool Max
12:59 Operating Mode Changed to Low Speed Evaps Only
13:54 Operating Mode Changed to Cool Reduced
13:54 Power Down (Battery Present)
13:54 Operating Mode Changed to Power Off
20:40 Power On (Battery Present)
20:40 Unable to decode event (Event Id: 79).
20:41 Operating Mode Changed to Modulated Cool
20:42 Operating Mode Changed to Cool Reduced
21:01 AUTO1 Pre-Trip Initiated By Keypad
21:02 P1-0 Heaters On Test: Passed- A: 5.17, B: 5.09, C: 7.91
      P1-1 Heaters Off Test: Passed- A: 5.18, B: 5.08, C: 7.92
21:02 P2-0 Condenser On Test: Passed- A: 1.58, B: 0.01, C: 1.58, WPS: On
      P2-1 Condenser Off Test: Passed- A: 1.58, B: 0.00, C: 1.58
21:04 P3-0 Low Evap On Test: Passed- A: 0.77, B: 1.43, C: 0.77
      P3-1 Low Evap Off Test: Passed- A: 0.79, B: 1.45, C: 0.79
21:06 P4-0 High Evap On Test: Passed- A: 1.81, B: 3.31, C: 1.81, Ratio: 1.83
      P4-1 High Evap Off Test: Passed- A: 1.78, B: 3.32, C: 1.78
21:14 P5 Probe Test: P5-0: Passed, P5-1: Passed, P5-2: Passed
      STS: 12.27, RTS: 12.21, SRS: 12.32, RRS: 12.19
21:17 P6-0 Compressor Test: Pass- A: 17.34, B: 16.87, C: 17.34
      Current Limit Status: Did not activate
      Pressure Limit Status: Activated
      HPS Cycle Status: Did not activate
      CPC Sensor Validity: Did not validate
      P6-1 Low Speed Compressor Test: Not Run
      P6-2 Suction Modulation Valve (Open) Test: Pass- A Step1: 11.39, B
Step1: 11.88, C Step1: 11.39, A Step2: 11.38, B Step2: 11.88, C Step2: 11.38
      CPC Pressure Diff1: 68.36, CPC Pressure Diff2: 76.37
      Current Limit Status: Did not activate
      Pressure Limit Status: Activated
      HPS Cycle Status: Did not activate
      CPC Sensor Validity: Did not validate
      P6-3 Quench Valve Test: Not Run
      P6-4 Suction Modulation Valve (Closed) Test: Not Run
      P6-5 Bypass Valve Test: Not Run
      P6-6 Unloader Test: Not Run
21:17 Pre-Trip Test Termination
      P1-0: Passed P1-1: Passed
      P2-0: Passed P2-1: Passed
      P3-0: Passed P3-1: Passed
      P4-0: Passed P4-1: Passed
      P5-0: Passed P5-1: Passed P5-2: Passed
      P6-0: Passed P6-1: Not Run P6-2: Passed P6-3: Not Run P6-4: Not Run P6-
5: Not Run P6-6: Not Run
      P7-0: Not Run P7-1: Not Run
      P8-0: Not Run P8-1: Not Run P8-2: Not Run
      P9-0: Not Run
      P10-0: Not Run P10-1: Not Run P10-2: Not Run
21:29 Operating Mode Changed to Cool Reduced
21:29 Power Down (Battery Present)
21:29 Operating Mode Changed to Power Off
```

```
Jul 06, 2006
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214
No Event Data
```

**Jul 07, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214

**Time  Event Data**
14:18 Setpoint Changed By Keypad to 7.20
14:18 Unable to decode event (Event Id: 79).

---

**Jul 08, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Event Data

---

**Jul 09, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Event Data

---

**Jul 10, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

**Time  Event Data**
17:18 Power On (Battery Present)
17:56 Operating Mode Changed to Modulated Cool
17:57 Operating Mode Changed to Cool Reduced
18:58 Operating Mode Changed to Modulated Cool
18:58 Operating Mode Changed to Cool Reduced
19:17 Power Down (Battery Present)
19:25 Power On (Battery Present)
19:26 Operating Mode Changed to Modulated Cool
19:28 Operating Mode Changed to Cool Reduced
21:36 Power Down (Battery Present)
21:57 Power On (Battery Present)
21:57 Operating Mode Changed to High Speed Evaps
21:58 Operating Mode Changed to Modulated Cool
22:42 Unable to decode event (Event Id: 78).
22:42 Power Down (Battery Present)
22:47 Power On (Battery Present)
22:48 Operating Mode Changed to Modulated Cool
22:51 Operating Mode Changed to Cool Reduced
23:00 Unable to decode event (Event Id: 78).

---

**Jul 11, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

**Time  Event Data**
05:45 Power Down (Battery Present)
05:45 Operating Mode Changed to Power Off
06:18 Power On (Battery Present)
06:18 Operating Mode Changed to Modulated Cool
06:19 Operating Mode Changed to Cool Reduced
23:59 Operating Mode Changed to Modulated Cool
23:59 Operating Mode Changed to Cool Reduced

---

**Jul 12, 2006**

Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

**Time  Event Data**
00:52 Operating Mode Changed to Modulated Cool
00:56 Power Down (Battery Present)
00:56 Operating Mode Changed to Power Off
01:07 Power On (Battery Present)
01:32 Operating Mode Changed to Cool Reduced
01:32 Operating Mode Changed to Modulated Cool
02:39 Power Down (Battery Present)
02:39 Operating Mode Changed to Power Off
03:05 Power On (Battery Present)
03:54 Power Down (Battery Present)
03:54 Power On (Battery Present)
03:59 Operating Mode Changed to Modulated Cool
03:59 Operating Mode Changed to Cool Reduced
04:12 Operating Mode Changed to Cool Reduced
04:12 Operating Mode Changed to Modulated Cool

**Jul 13, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Event Data

**Jul 14, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

**Time  Event Data**
21:42 Power Down (Battery Present)
21:42 Power On (Battery Present)
21:42 Operating Mode Changed to High Speed Evaps
21:43 Operating Mode Changed to Modulated Cool
22:27 Power Down (Battery Present)
22:27 Operating Mode Changed to Power Off
23:23 Power On (Battery Present)
23:23 Operating Mode Changed to Cool Reduced
23:24 Operating Mode Changed to Modulated Cool

**Jul 15, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

**Time  Event Data**
10:50 Power Down (Battery Present)
10:50 Operating Mode Changed to Power Off
12:03 Power On (Battery Present)
12:07 Operating Mode Changed to Cool Reduced
12:07 Operating Mode Changed to Modulated Cool

**Jul 16, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Event Data

**Jul 17, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

```
Time  Event Data
01:00 Power Down (Battery Present)
01:00 Power On (Battery Present)
01:00 Operating Mode Changed to High Speed Evaps
01:01 Operating Mode Changed to Modulated Cool
11:31 Power Down (Battery Present)
11:31 Operating Mode Changed to Power Off
12:44 Power On (Battery Present)
12:49 Operating Mode Changed to Cool Reduced
12:49 Operating Mode Changed to Modulated Cool
```

Jul 18, 2006
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

```
Time  Event Data
01:12 Power Down (Battery Present)
01:48 Power On (Battery Present)
01:49 Operating Mode Changed to Cool Reduced
01:49 Operating Mode Changed to Modulated Cool
10:56 Power Down (Battery Present)
10:56 Power On (Battery Present)
10:56 Operating Mode Changed to High Speed Evaps
10:57 Operating Mode Changed to Modulated Cool
```

Jul 19, 2006
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

```
Time  Event Data
06:30 Power Down (Battery Present)
06:30 Power On (Battery Present)
06:35 Operating Mode Changed to High Speed Evaps
06:35 Operating Mode Changed to Modulated Cool
07:43 Power Down (Battery Present)
07:43 Operating Mode Changed to Power Off
18:37 Power On (Battery Present)
18:37 Power Down (Battery Present)
18:37 Power On (Battery Present)
18:38 Data Retrieval
18:54 Operating Mode Changed to Cool Reduced
18:54 Operating Mode Changed to Modulated Cool
```

Jul 20, 2006
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

```
Time  Event Data
15:40 Power Down (Battery Present)
15:40 Operating Mode Changed to Power Off
16:05 Power On (Battery Present)
16:22 Operating Mode Changed to Cool Reduced
16:25 Operating Mode Changed to Modulated Cool
22:09 Defrost Initiated By Timer
22:18 Defrost Terminated Due to Normal Operation
22:26 Operating Mode Changed to Modulated Cool
22:29 Power Down (Battery Present)
22:29 Operating Mode Changed to Power Off
```

C:\Temp\Reefers\Feb 08\GESU9180016aa.dcx, GESU9180016, 04287214, 9

**Jul 21, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

Time  Event Data
11:22 Power On (Battery Present)
11:39 Operating Mode Changed to Cool Reduced
11:39 Operating Mode Changed to Modulated Cool
13:14 Operating Mode Changed to Cool Reduced
13:20 Operating Mode Changed to Modulated Cool
14:51 Power Down (Battery Present)
14:51 Operating Mode Changed to Power Off
16:10 Power On (Battery Present)
16:24 Operating Mode Changed to Cool Reduced
16:24 Operating Mode Changed to Modulated Cool
19:04 Power Down (Battery Present)
19:04 Operating Mode Changed to Power Off
20:03 Power On (Battery Present)
20:04 Operating Mode Changed to Cool Reduced
20:05 Operating Mode Changed to Modulated Cool
21:24 Power Down (Battery Present)
21:24 Operating Mode Changed to Power Off

**Jul 22, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

Time  Event Data
15:41 Power On (Battery Present)
15:41 Operating Mode Changed to High Speed Evaps
15:42 Operating Mode Changed to Cool Reduced
16:39 Operating Mode Changed to Cool Reduced
16:39 Operating Mode Changed to Modulated Cool
17:11 Power Down (Battery Present)
17:11 Operating Mode Changed to Power Off
18:26 Power On (Battery Present)
18:26 Power Down (Battery Present)
18:26 Power On (Battery Present)
18:28 Power Down (Battery Present)
18:29 Power On (Battery Present)
18:39 Operating Mode Changed to Modulated Cool
18:39 Operating Mode Changed to Cool Reduced
19:03 Operating Mode Changed to Modulated Cool
19:26 Power Down (Battery Present)
19:26 Operating Mode Changed to Power Off

**Jul 23, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

Time  Event Data
16:46 Power On (Battery Present)
16:57 Operating Mode Changed to Modulated Cool
16:57 Operating Mode Changed to Cool Reduced
18:03 Power Down (Battery Present)
18:03 Operating Mode Changed to Power Off

**Jul 24, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

Time  Event Data
11:28 Power On (Battery Present)
11:28 Operating Mode Changed to High Speed Evaps
11:29 Operating Mode Changed to Cool Reduced
15:41 Power Down (Battery Present)
15:41 Operating Mode Changed to Power Off
17:12 Power On (Battery Present)
17:13 Operating Mode Changed to Modulated Cool
17:13 Operating Mode Changed to Cool Reduced
19:58 Operating Mode Changed to Cool Reduced
19:58 Operating Mode Changed to Modulated Cool
20:55 Operating Mode Changed to Modulated Cool
20:55 Operating Mode Changed to Cool Reduced
21:10 Operating Mode Changed to Modulated Cool
21:20 Power Down (Battery Present)
21:20 Operating Mode Changed to Power Off

**Jul 25, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

Time  Event Data
11:33 Power On (Battery Present)
11:33 Operating Mode Changed to High Speed Evaps
11:34 Operating Mode Changed to Cool Reduced
14:28 Power Down (Battery Present)
14:59 Power On (Battery Present)
14:59 Operating Mode Changed to High Speed Evaps
14:59 Operating Mode Changed to Modulated Cool
15:01 Operating Mode Changed to Cool Reduced
17:59 Operating Mode Changed to Modulated Cool
17:59 Operating Mode Changed to Cool Reduced
18:41 Operating Mode Changed to Cool Reduced
18:41 Operating Mode Changed to Modulated Cool
19:20 Operating Mode Changed to Cool Reduced
19:20 Operating Mode Changed to Modulated Cool
21:29 Power Down (Battery Present)
21:29 Operating Mode Changed to Power Off

**Jul 26, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

Time  Event Data
11:38 Power On (Battery Present)
11:38 Operating Mode Changed to High Speed Evaps
11:39 Operating Mode Changed to Cool Reduced
13:38 Power Down (Battery Present)
13:38 Operating Mode Changed to Power Off
15:19 Power On (Battery Present)
15:20 Operating Mode Changed to Modulated Cool
15:21 Operating Mode Changed to Cool Reduced
19:50 Operating Mode Changed to Modulated Cool
19:50 Operating Mode Changed to Cool Reduced
20:27 Operating Mode Changed to Modulated Cool
20:49 Power Down (Battery Present)
20:49 Operating Mode Changed to Power Off

Event Report (Jul 21, 2006 to Aug 30, 2006)
C:\Temp\Reefers\Feb 08\GESU9180016aa.dcx, GESU9180016, 04287214, 11

**Jul 27, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

Time   Event Data
11:31 Power On (Battery Present)
11:31 Operating Mode Changed to High Speed Evaps
11:32 Operating Mode Changed to Cool Reduced
14:57 Power Down (Battery Present)
14:57 Operating Mode Changed to Power Off
16:50 Power On (Battery Present)
16:50 Operating Mode Changed to Modulated Cool
16:53 Operating Mode Changed to Cool Reduced
17:39 Power Down (Battery Present)
17:39 Power On (Battery Present)
17:47 Power Down (Battery Present)
17:47 Power On (Battery Present)
17:47 Operating Mode Changed to Null Mode
17:47 Power Down (Battery Present)
17:47 Operating Mode Changed to Power Off

**Jul 28, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Event Data

**Jul 29, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Event Data

**Jul 30, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Event Data

**Jul 31, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Event Data

**Aug 29, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

Time   Event Data
11:31 Power On (Battery Present)
11:31 Trip Start Entered By Timer
11:49 Operating Mode Changed to Modulated Cool
11:54 Setpoint Changed By Keypad to -18.00
11:54 AUTO1 Pre-Trip Initiated By Keypad
11:54 Operating Mode Changed to Pretrip
11:55 P1-0 Heaters On Test: Passed- A: 5.29, B: 5.29, C: 4.94
      P1-1 Heaters Off Test: Passed- A: 5.29, B: 5.29, C: 4.93
11:55 P2-0 Condenser On Test: Passed- A: 1.70, B: 0.01, C: 1.70, WPS: On
      P2-1 Condenser Off Test: Passed- A: 1.71, B: 0.00, C: 1.71

Event Report (Jul 07, 2006 to Aug 30, 2006)
C:\Temp\Reefers\Feb 08\GESU9180016aa.dcx, GESU9180016, 04287214, 12

```
11:57 P3-0 Low Evap On Test: Passed- A: 0.80, B: 1.47, C: 0.80
      P3-1 Low Evap Off Test: Passed- A: 0.78, B: 1.43, C: 0.78
11:59 P4-0 High Evap On Test: Passed- A: 1.87, B: 3.30, C: 1.87, Ratio: 1.76
      P4-1 High Evap Off Test: Passed- A: 1.86, B: 3.25, C: 1.86
12:07 P5 Probe Test: P5-0: Passed, P5-1: Passed, P5-2: Passed
      STS: 6.55, RTS: 6.04, SRS: 6.56, RRS: 6.03
12:10 P6-0 Compressor Test: Pass- A: 12.71, B: 12.75, C: 12.71
      Current Limit Status: Did not activate
      Pressure Limit Status: Did not activate
      HPS Cycle Status: Did not activate
      CPC Sensor Validity: Did not validate
      P6-1 Low Speed Compressor Test: Not Run
      P6-2 Suction Modulation Valve (Open) Test: Pass- A Step1: 8.39, B Step1:
8 46, C Step1: 8.39, A Step2: 8.41, B Step2: 8.51, C Step2: 8.41
      CPC Pressure Diff1: 45.51, CPC Pressure Diff2: 47.38
      Current Limit Status: Did not activate
      Pressure Limit Status: Did not activate
      HPS Cycle Status: Did not activate
      CPC Sensor Validity: Did not validate
      P6-3 Quench Valve Test: Not Run
      P6-4 Suction Modulation Valve (Closed) Test: Not Run
      P6-5 Bypass Valve Test: Not Run
      P6-6 Unloader Test: Not Run
12:10 Pre-Trip Test Termination
      P1-0: Passed P1-1: Passed
      P2-0: Passed P2-1: Passed
      P3-0: Passed P3-1: Passed
      P4-0: Passed P4-1: Passed
      P5-0: Passed P5-1: Passed P5-2: Passed
      P6-0: Passed P6-1: Not Run P6-2: Passed P6-3: Not Run P6-4: Not Run P6-
5: Not Run P6-6: Not Run
      P7-0: Not Run P7-1: Not Run
      P8-0: Not Run P8-1: Not Run P8-2: Not Run
      P9-0: Not Run
      P10-0: Not Run P10-1: Not Run P10-2: Not Run
12:13 Operating Mode Changed to Cool Max
12:39 Power Down (Battery Present)
12:39 Operating Mode Changed to Power Off
```

**Aug 30, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214
No Event Data

# Controller Pretrips Report For GESU9180016
## Jul 01, 2006 to Aug 30, 2006

System Configuration at the Time of Interrogation:

Interrogated On Jan 31, 2008
Extracted By DataLine Rev 1.7.0

Controller Software: 5132
Controller Serial #: 04287214

Bill of Lading #:
Origin:            Origin Date:
Destination:    Discharge Date:
Comment:

Probe Calibration Readings: USDA1 0.0 USDA2 0.0 USDA3 0.0 Cargo 0.0

Temperature Units: Centigrade

---

**Jul 01, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 02, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 03, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 04, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 05, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214

Time  Event Data
21:01 AUTO1 Pre-Trip Initiated By Keypad
21:02 P1-0 Heaters On Test: Passed- A: 5.17, B: 5.09, C: 7.91
      P1-1 Heaters Off Test: Passed- A: 5.18, B: 5.08, C: 7.92
21:02 P2-0 Condenser On Test: Passed- A: 1.58, B: 0.01, C: 1.58, WPS: On
      P2-1 Condenser Off Test: Passed- A: 1.58, B: 0.00, C: 1.58
21:04 P3-0 Low Evap On Test: Passed- A: 0.77, B: 1.43, C: 0.77
      P3-1 Low Evap Off Test: Passed- A: 0.79, B: 1.45, C: 0.79
21:06 P4-0 High Evap On Test: Passed- A: 1.81, B: 3.31, C: 1.81, Ratio: 1.83
      P4-1 High Evap Off Test: Passed- A: 1.78, B: 3.32, C: 1.78
21:14 P5 Probe Test: P5-0: Passed, P5-1: Passed, P5-2: Passed
      STS: 12.27, RTS: 12.21, SRS: 12.32, RRS: 12.19

```
21:17 P6-0 Compressor Test: Pass- A: 17.34, B: 16.87, C: 17.34
         Current Limit Status: Did not activate
         Pressure Limit Status: Activated
         HPS Cycle Status: Did not activate
         CPC Sensor Validity: Did not validate
         P6-1 Low Speed Compressor Test: Not Run
         P6-2 Suction Modulation Valve (Open) Test: Pass- A Step1: 11.39, B
      Step1: 11.88, C Step1: 11.39, A Step2: 11.38, B Step2: 11.88, C Step2: 11.38
         CPC Pressure Diff1: 68.36, CPC Pressure Diff2: 76.37
         Current Limit Status: Did not activate
         Pressure Limit Status: Activated
         HPS Cycle Status: Did not activate
         CPC Sensor Validity: Did not validate
         P6-3 Quench Valve Test: Not Run
         P6-4 Suction Modulation Valve (Closed) Test: Not Run
         P6-5 Bypass Valve Test: Not Run
         P6-6 Unloader Test: Not Run
21:17 Pre-Trip Test Termination
         P1-0: Passed P1-1: Passed
         P2-0: Passed P2-1: Passed
         P3-0: Passed P3-1: Passed
         P4-0: Passed P4-1: Passed
         P5-0: Passed P5-1: Passed P5-2: Passed
         P6-0: Passed P6-1: Not Run P6-2: Passed P6-3: Not Run P6-4: Not Run P6-
      5: Not Run P6-6: Not Run
         P7-0: Not Run P7-1: Not Run
         P8-0: Not Run P8-1: Not Run P8-2: Not Run
         P9-0: Not Run
         P10-0: Not Run P10-1: Not Run P10-2: Not Run
```

---

**Jul 06, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 07, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 08, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 09, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 10, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 11, 2006**

---

Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 12, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 13, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 14, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 15, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 16, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 17, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 18, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 19, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 20, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 21, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

---

**Jul 22, 2006**

Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

**Jul 23, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

**Jul 24, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

**Jul 25, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

**Jul 26, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

**Jul 27, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

**Jul 28, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

**Jul 29, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

**Jul 30, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

**Jul 31, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214
No Pre-Trips

**Aug 29, 2006**
Setpoint: 7.20, Container: GESU9180016, Serial : 04287214

**Time  Event Data**
11:54 AUTO1 Pre-Trip Initiated By Keypad
11:55 P1-0 Heaters On Test: Passed- A: 5.29, B: 5.29, C: 4.94

```
        P1-1 Heaters Off Test: Passed- A: 5.29, B: 5.29, C: 4.93
11:55 P2-0 Condenser On Test: Passed- A: 1.70, B: 0.01, C: 1.70, WPS: On
        P2-1 Condenser Off Test: Passed- A: 1.71, B: 0.00, C: 1.71
11:57 P3-0 Low Evap On Test: Passed- A: 0.80, B: 1.47, C: 0.80
        P3-1 Low Evap Off Test: Passed- A: 0.78, B: 1.43, C: 0.78
11:59 P4-0 High Evap On Test: Passed- A: 1.87, B: 3.30, C: 1.87, Ratio: 1.76
        P4-1 High Evap Off Test: Passed- A: 1.86, B: 3.25, C: 1.86
12:07 P5 Probe Test: P5-0: Passed, P5-1: Passed, P5-2: Passed
        STS: 6.55, RTS: 6.04, SRS: 6.56, RRS: 6.03
12:10 P6-0 Compressor Test: Pass- A: 12.71, B: 12.75, C: 12.71
        Current Limit Status: Did not activate
        Pressure Limit Status: Did not activate
        HPS Cycle Status: Did not activate
        CPC Sensor Validity: Did not validate
        P6-1 Low Speed Compressor Test: Not Run
        P6-2 Suction Modulation Valve (Open) Test: Pass- A Step1: 8.39, B Step1:
8.46, C Step1: 8.39, A Step2: 8.41, B Step2: 8.51, C Step2: 8.41
        CPC Pressure Diff1: 45.51, CPC Pressure Diff2: 47.38
        Current Limit Status: Did not activate
        Pressure Limit Status: Did not activate
        HPS Cycle Status: Did not activate
        CPC Sensor Validity: Did not validate
        P6-3 Quench Valve Test: Not Run
        P6-4 Suction Modulation Valve (Closed) Test: Not Run
        P6-5 Bypass Valve Test: Not Run
        P6-6 Unloader Test: Not Run
12:10 Pre-Trip Test Termination
        P1-0: Passed P1-1: Passed
        P2-0: Passed P2-1: Passed
        P3-0: Passed P3-1: Passed
        P4-0: Passed P4-1: Passed
        P5-0: Passed P5-1: Passed P5-2: Passed
        P6-0: Passed P6-1: Not Run P6-2: Passed P6-3: Not Run P6-4: Not Run P6-
5: Not Run P6-6: Not Run
        P7-0: Not Run P7-1: Not Run
        P8-0: Not Run P8-1: Not Run P8-2: Not Run
        P9-0: Not Run
        P10-0: Not Run P10-1: Not Run P10-2: Not Run
```

**Aug 30, 2006**
Setpoint: -18.00, Container: GESU9180016, Serial : 04287214
No Pre-Trips