# REEFER

| Vessel: Cap Ortegal | | | | | |
|---|---|---|---|---|---|
| Voyage: 48N | | | Port/Terminal: | New York | |
| Line: CSAV | Arrival Date (Est.): July 18, 2006 | | Survey Date (FILL-IN): | | |
| Total: 54 | | | | | |

| Container No. | Discharge Port | B/L No. | Set Point | Download Time | Vent Setting % Open | Remarks |
|---|---|---|---|---|---|---|
| CRLU1121522 | New York | 01G117151 | 0 | | 20 | |
| CRLU1124917 | New York | 01G117159 | | | 0 | No Power./ Connection could be established. |
| CRLU1129462 | New York | 01G117153 | 0 | | 20 | |
| CRLU1133740 | New York | 01G117167 | 8 | | 30 | |
| CRLU1139943 | New York | 01G117163 | -18 | | 0 | |
| CRLU1147620 | New York | 01H033257 | -18 | | 0 | |
| CRLU1149962 | New York | 01G117163 | -18 | | 0 | |
| CRLU1156914 | New York | 01G117160 | 0.5 | | 30 | |
| CRLU1161443 | New York | 27A050823 | 7.5 | | 10 | No Connection / Can not download. |
| CRLU1162033 | New York | 01G117157 | 5 | | 20 | |
| CRLU1165325 | New York | 01G117165 | -0.5 | | 20 | |
| CRLU1165454 | New York | 01G117153 | 0 | | 30 | Connection could be established. |
| CRLU1265520 | New York | 01G117147 | 0 | | 20 | |
| CRLU1275512 | New York | 27A050827 | 7.5 | | 10 | |
| CRLU1276191 | New York | 01G117160 | -0.5 | | 10 | |
| CRLU1501060 | New York | 24A067970 | 5 | | 0 | |
| CRLU1503309 | New York | 24A067971 | 5 | | 0 | |

| | | | | | |
|---|---|---|---|---|---|
| CRLU1504115 | New York | 24A067971 | 5 | 0 | |
| CRLU5176415 | New York | 01G117143 | | 30 | No Power./ Can not download. |
| CRLU5177366 | New York | 01G117172 | 5 | 0 | |
| CRLU7213816 | New York | 01G117152 | | 20 | |
| CRLU7223183 | New York | 27A050799 | -24 | 0 | |
| CRLU7224256 | New York | 27A050842 | -24 | 0 | |
| CRLU7231240 | New York | X1C037222 | -18 | 0 | |
| CRLU7232380 | New York | 01H033267 | 18 | 0 | |
| CRLU7233089 | New York | 01G117154 | 5 | 10 | |
| CRLU7234634 | New York | 27A050844 | -24 | 0 | |
| CRLU7241660 | New York | 01G117162 | -18 | 0 | |
| CRLU7245829 | New York | 27A050824 | 7.5 | 10 | |
| CRLU7247673 | New York | 01H033266 | -18 | 0 | |
| CRLU7248031 | New York | 01K002337 | -23 | 0 | |
| CRLU7248453 | New York | 27A050800 | -24 | 0 | |
| CRLU7250018 | New York | 01G117153 | 0 | 30 | |
| CRLU7252664 | New York | 01G117163 | -18 | 0 | |
| CRLU7256715 | New York | 01G117168 | -0.6 | 0 | |
| CRLU7257326 | New York | 01G117148 | -18 | 0 | Connection could not be established. |
| CRLU7268362 | New York | 27A050806 | | 20 | Delivered |
| CRLU7269651 | New York | 01G117141 | -0.5 | | |

| | | | | | |
|---|---|---|---|---|---|
| CRLU7276624 | New York | 27A050804 | | 7.5 | |
| CRLU7279304 | New York | 01H033259 | | 7.5 | 50 |
| GESU9051127 | New York | 01G117156 | | -18 | 0 |
| GESU9178220 | New York | 27A050806 | | 0 | 20 |
| GESU9180016 | New York | X1C037214 | | 8 | 30 |
| GESU9232892 | New York | 27A050823 | | 7.2 | 50 |
| GESU9235490 | New York | 01G117164 | | 7.5 | 10 |
| GESU9246746 | New York | 01H033275 | | -18 | 0 |
| GESU924963 | New York | 01H033260 | | -18 | 0 |
| TRIU8231400 | New York | 01G117163 | | -18 | 0 |
| TRIU823676 | New York | 27A050805 | | 7.2 | 75 |
| TRIU824830 | New York | 27A050798 | | -24 | 0 |
| TRIU824844 | New York | 01G117146 | | 5 | 20 |
| TRLU160465 | New York | 27A050841 | | -24 | 0 |
| TRLU173980 | New York | 01G117158 | | 5 | 30 Green Rustad Pins / Could not download. |
| TRLU168196 | New York | 01G117161 | | 5 | 0 Connection could be established. |