| Bill_lading | Booking | Carrier | Ship_type | Pay_party | Due Date | Freight | Paid | Total_Balance |
|---|---|---|---|---|---|---|---|---|
| 27A051694 | QNA0024153 | CHIW | IMP | JRJ ENTERPRISES | 7-Sep-06 | $4,560.00 | $4,360.00 | $200.00 |
| 27A051757 | QNA0024176 | CHIW | IMP | JRJ ENTERPRISES | 7-Sep-06 | $4,554.00 | $4,360.00 | $194.00 |
| 27A052092 | QNA0024457 | CHIW | IMP | JRJ ENTERPRISES | 20-Sep-06 | $4,560.00 | $0.00 | $4,560.00 |
| 27A057286 | QNA0029078 | CHIW | IMP | JRJ ENTERPRISES | 11-Apr-07 | $4,360.00 | $0.00 | $4,360.00 |
| 27A057710 | QNA0029456 | CHIW | IMP | JRJ ENTERPRISES | 24-Apr-07 | $4,610.00 | $4,410.00 | $200.00 |
| | | | | | | $22,644.00 | $13,130.00 | $9,514.00 |

