## John McConnell

**From:** <JRJInc2000@aol.com>
**To:** <purringtonmcconnell@verizon.net>
**Sent:** Monday, February 11, 2008 11:06 AM
**Subject:** (no subject)

CAP ORTEGA Vg. 048N

CARTAGENA/NEW YORK   Arrived 7/18/06

Dear Mr McConnell,

Thank you for the letter regarding Claim File # 7087 **JRJ ENT. vs CSAV.** We where working under Service Contract # **US-CHIW-06-0629-CO381US** and our freight rate was $4360.00 from door to port all in. I faxed you a copy of Arrival Notice of BL#CHIW27A057130- Cont. #crlu 1376694 with this freight charge $4360. Also I faxed you a copy of an email from Mr. Dan Klein confirming service contract rate. The rate would be $4560 except that JRJ is entitled to VIP $200 for plantains. See csav amendment page that I faxed. According to the letter you mailed us, it shows that there is two open freight invoice and a couple of balances, I am pretty sure that there is only one open invoice but i will check and confirm, the open balances are $200 each and should be delete because is a mistake on their side because of the above, Csav used the wrong rate.

Thanks

Jimmy Machuca

**JRJ ENTERPRISES, INC.**

MMch-9

\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Biggest Grammy Award surprises of all time on AOL Music.
(http://music.aol.com/grammys/pictures/never-won-a-grammy?
NCID=aolcmp00300000002548)

2/26/2008