FROM : PURRINGTON & McCONNELL        FAX NO. : 212 344 4425        Jul. 08 2008 07:28PM P1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/9/08_
```

JOHN HAY McCONNELL

TELEPHONE: (212) 943-5757
CABLEGRAMS: PURISMA NEWYORK
TELEX: 424407 PURI UI
CELL PHONE: (203) 434-8461
FAX: (212) 344-4425

## PURRINGTON & McCONNELL
COUNSELLORS AT LAW

82 WALL STREET
NEW YORK, N.Y. 10005

July 8, 2008

<u>By Fax to: 212-805-7941</u>

**J.R.J. Enterprises, Inc. v.**
**M/V CAP ORTEGAL, etc.**
**07 Civ. 6457** (LAP) (FM)
(Our File No. 7087)

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Preska:

I represent the Plaintiff J.R.J. Enterprises, Inc. I am writing to request a two-week extension of the motion schedule in this action, due to medical needs for myself. I have been out of the country since June 20, and just returned last week. I have a bad situation with my right foot that could be gout, or could be a broken bone. I have been forced to take time off for doctors and x-rays, and I don't foresee relief for several days.

Currently, the plaintiff's Answering papers to defendant CSAV's motion are due on July 18, 2008; with CSAV's Reply, if any, due on July 31, 2008. I am requesting these dates be extended by 2 weeks to July 31, and August 14 respectively. Counsel for CSAV is not opposed to this application

Thank you for your consideration.

SO ORDERED

_Loretta Preska_

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

_July 9, 2008_

CC.    Mahoney & Keane
Attorneys for Defendants
11 Hanover Square
New York, NY 10005
Fax: 212 385-1605

Respectfully yours,

**PURRINGTON & Mc CONNELL**
Attorneys for Plaintiff

John H. McConnell